HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHEREE RILEY,

                    Plaintiff,

    v.

KING COUNTY,

                    Defendant.

No. 2:25-cv-00445-JNW

STIPULATED MOTION AND
ORDER TO EXTEND CASE
DEADLINES

NOTE ON MOTION CALENDAR:
              MARCH 31, 2026

## STIPULATION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Sheree Riley and Defendant King County (together, the "Parties") submit this stipulated motion to continue the case deadlines in the Court's Order Setting Trial Dates and Related Dates (Scheduling Order), Dkt. #10 by 90 days.

## I.    AUTHORITY

Under Federal Rule of Civil Procedure 16(b)(4), the Court may amend a scheduling order upon a showing of good cause. Good cause exists to continue the Scheduling Order because the Parties require additional time to complete discovery. The discovery cut-off deadline has not been previously extended, and the extension will not unduly delay the resolution of this matter. Further, counsel for Defendants have oral argument in four Ninth Circuit Court of Appeals cases, multiple appellate briefs, and numerous depositions scheduled in another case over the next two months.

STIPULATED MOTION AND ORDER TO
EXTEND CASE DEADLINES- 1    2:25-
cv-00445-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## II.    STIPULATION

For the reasons stated above, pursuant to LCR 7(d)(1) and LCR 10(g), the Parties respectfully request that the Court extend the case scheduling deadlines in the Scheduling Order, by 90 days as follows:

| Case Event | Current Event Date | Proposed Amended Date |
|---|---|---|
| Amended pleadings filed | April 20, 2026 | July 20, 2026 |
| Expert disclosures/reports under FRCP 26(a)(2) | April 20, 2026 | July 20, 2026 |
| Rebuttal expert disclosures/reports | May 20, 2026 | August 18, 2026 |
| All motions related to discovery filed | May 20, 2026 | August 18, 2026 |
| Discovery completed by | June 22, 2026 | September 21, 2026 |
| All dispositive motions and motions challenging expert witness testimony filed | July 20, 2026 | October 19, 2026 |
| Settlement conference held no later than | September 17, 2026 | December 16, 2026 |
| All motions in limine filed | October 7, 2026 | January 5, 2027 |
| Deposition designations submitted | October 26, 2026 | January 25, 2027 |
| Agreed pretrial order due | October 26, 2026 | January 25, 2027 |
| Trial briefs, proposed voir dire questions and proposed jury instructions filed by | November 2, 2026 | February 1, 2027 |
| Pretrial conference | November 9, 2026 | February 8, 2027 |
| Trial date | November 16, 2026 | February 15, 2027 |

STIPULATED to this 31st day of March, 2026.


PACIFICA LAW GROUP LLP                    PACIFIC JUSTICE INSTITUTE


 s/ Meha Goyal                            s/ Harold H. Franklin, Jr.
Zachary J. Pekelis, WSBA #44557          Harold H. Franklin, Jr., WSBA #20486
Meha Goyal, WSBA #56058                  Tracy Tribbett, WSBA #35922

STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES- 2 2:25-cv-00445-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

401 Union St., Suite 1600
Seattle, WA 98101-2668
(206) 245-1700
Zach.Pekelis@PacificaLawGroup.com
Meha.Goyal@PacificaLawGroup.com
*Attorneys for Defendants*

459 Seneca Avenue NW
Renton, WA 98057
Haroldfranklin1@comcast.net
ttribbett@pji.org
*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER TO
EXTEND CASE DEADLINES- 3   2:25-
cv-00445-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# <u>ORDER</u>

**IT IS SO ORDERED.**

DATED this 2nd day of April, 2026.

_____
Honorable Jamal N. Whitehead
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP                    PACIFIC JUSTICE INSTITUTE


 _s/  Meha Goyal_                          _s/ Harold H. Franklin, Jr._
Zachary J. Pekelis, WSBA #44557           Harold H. Franklin, Jr., WSBA #20486
Meha Goyal, WSBA #56058                   Tracy Tribbett, WSBA #35922
401 Union St., Suite 1600                 459 Seneca Avenue NW
Seattle, WA 98101-2668                    Renton, WA 98057
(206) 245-1700                            Haroldfranklin1@comcast.net
Zach.Pekelis@PacificaLawGroup.com         ttribbett@pji.org
Meha.Goyal@PacificaLawGroup.com           _Attorneys for Plaintiff_
_Attorneys for Defendants_

STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES- 4 2:25-cv-00445-JNW

PACIFICA LAW GROUP  LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750