HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEREE RILEY,<br>Plaintiff,<br>v.<br>KING COUNTY,<br>Defendant. | No. 2:25-cv-00445-JNW<br><br>SECOND STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR: AUGUST 13, 2026 |

**STIPULATION**

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Sheree Riley and Defendant King County (together, the "Parties") submit this stipulated motion to continue the case deadlines in the Court's Order to Extend Case Deadlines (Scheduling Order), Dkt. #12, by 60 days.

**I. AUTHORITY**

Under Federal Rule of Civil Procedure 16(b)(4), the Court may amend a scheduling order upon a showing of good cause. Good cause exists to continue the Scheduling Order because the Parties require additional time to resolve discovery disputes and complete discovery. This is the Parties' second request to extend the case schedule. The extension will not unduly delay the resolution of this matter.



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## II. STIPULATION

For the reasons stated above, pursuant to LCR 7(d)(1) and LCR 10(g), the Parties respectfully request that the Court extend the case scheduling deadlines in the Scheduling Order, by 60 days as follows:

| Case Event | Current Event Date | Proposed Amended Date |
|---|---|---|
| Rebuttal expert disclosures/reports | August 18, 2026 | October 19, 2026 |
| All motions related to discovery filed | August 18, 2026 | October 19, 2026 |
| Discovery completed by | September 21, 2026 | November 20, 2026 |
| All dispositive motions and motions challenging expert witness testimony filed | October 19, 2026 | December 18, 2026 |
| Settlement conference held no later than | December 16, 2026 | February 16, 2027 |
| All motions in limine filed | January 5, 2027 | March 8, 2027 |
| Deposition designations submitted | January 25, 2027 | March 26, 2027 |
| Agreed pretrial order due | January 25, 2027 | March 26, 2027 |
| Trial briefs, proposed voir dire questions and proposed jury instructions filed by | February 1, 2027 | April 2, 2027 |
| Pretrial conference | February 8, 2027 | April 9, 2027 |
| Trial date | February 15, 2027 | April 16, 2027 |

STIPULATED to this 13th day of August, 2026.

PACIFICA LAW GROUP LLP

*s/ Ruby A. Nagamine*
Zachary J. Pekelis, WSBA #44557
Ruby A. Nagamine, WSBA #55620
Meha Goyal, WSBA #56058
401 Union St., Suite 1600
Seattle, WA 98101-2668

PACIFIC JUSTICE INSTITUTE

*s/ Harold H. Franklin, Jr.*
Harold H. Franklin, Jr., WSBA #20486
Tracy Tribbett, WSBA #35922
459 Seneca Avenue NW
Renton, WA 98057
Haroldfranklin1@comcast.net

(206) 245-1700
Zach.Pekelis@PacificaLawGroup.com
Ruby.Nagamine@PacificaLawGroup.com
Meha.Goyal@PacificaLawGroup.com
*Attorneys for Defendant*

ttribbett@pji.org
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

DATED this 18th day of August, 2026.

Honorable Jamal N. Whitehead
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP

*s/ Ruby A. Nagamine*
Zachary J. Pekelis, WSBA #44557
Ruby A. Nagamine, WSBA #55620
Meha Goyal, WSBA #56058
401 Union St., Suite 1600
Seattle, WA 98101-2668
(206) 245-1700
Zach.Pekelis@PacificaLawGroup.com
Ruby.Nagamine@PacificaLawGroup.com
Meha.Goyal@PacificaLawGroup.com
*Attorneys for Defendant*

PACIFIC JUSTICE INSTITUTE

*s/ Harold H. Franklin, Jr.*
Harold H. Franklin, Jr., WSBA #20486
Tracy Tribbett, WSBA #35922
459 Seneca Avenue NW
Renton, WA 98057
Haroldfranklin1@comcast.net
ttribbett@pji.org
*Attorneys for Plaintiff*